# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emily Smart, *et al.*, | No. CV-21-00377-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Shino Training Center LLC, *et al.*, | |
| Defendants. | |

At issue is the parties' Joint Motion for Approval of Settlement Agreement. (Doc. 13.)

IT IS ORDERED granting the Motion (Doc 13) and approving the Settlement Agreement. (Doc. 13-1.)

IT IS FURTHER ORDERED dismissing this matter. The settlement between the parties, offered by them and approved by the Court, constitutes an accord which extinguishes the claims in this action. The parties having now bound themselves by this approved agreement, Plaintiff may return to this Court for enforcement should Defendants fail to abide it.

IT IS FURTHER ORDERED directing the Clerk of Court to close this matter.

Dated this 20th day of April, 2021.

Honorable John J. Tuchi
United States District Judge